CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

OCT - 6 2014

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| PATRICIA PLUNKETT,<br>　　Plaintiff, | Civil Action No. 2:10cv00041 |
| v. | **ORDER** |
| CAROLYN W. COLVIN,<br>**Acting Commissioner of<br>Social Security,**<br>　　Defendant. | By: JAMES P. JONES<br>UNITED STATES DISTRICT JUDGE |

It appearing that no objections have been timely filed to the Report filed September 9, 2014, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly **ACCEPTED** and **APPROVED**; and

2. Attorney's fees are awarded to the plaintiff under the provisions of 42 U.S.C.A. § 406(b) in the amount of $6,695.78.

ENTER: _October 6,_ 2014.

/s/ James P. Jones
United States District Judge